**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DIGIBLAZE TECHNOLOGIES, INC.,

Plaintiff,

v.

COMPASS BANK,

Defendant.

Civil No. 01-910 (DWF/AJB)

**ORDER OF REFERENCE**

---

Norman Bear, Esq., Anthony Ostlund & Baer, 3750 IDS Center, Minneapolis, MN 55402, counsel for Plaintiff.

Davis Crosby, Esq., Leonard Street and Deinard, 150 South 5th Street, Suite 2300, Minneapolis, MN 55402, counsel for Defendant.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss, or Alternatively, Motion to Transfer is referred to Magistrate Judge Arthur J. Boylan.

At this time the Court's file only contains the Letter of Service required by Local Rules.

Counsel are directed to call and schedule the above motion with Calendar Clerk, Kathy Thobe, telephone number 651-848-1210.

Dated: July 17, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed JUL 17 2001
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500